02-10-170-CV














 

 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO.
2-10-170-CV

 

 

PERFORMANCE TRAILERS, INC.                                                      APPELLANT

 

                                                             V.

 

LAURA PICKERING, INDIVIDUALLY,                                                  APPELLEES

VIRGIL PICKERING, INDIVIDUALLY,

AND KATHY LEA PICKERING AS

INDEPENDENT EXECUTRIX OF 

THE ESTATE OF RICKEY CHARLES

PICKERING, DECEASED

 

                                                                                                                             

----------

FROM THE 17TH
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

We
have considered “Appellant Performance Trailers, Inc.’s Unopposed Motion To
Dismiss Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER CURIAM

PANEL:  GABRIEL, DAUPHINOT, and WALKER, JJ.

 

DELIVERED:  September 30, 2010











[1]See Tex. R. App. P. 47.4.